Robert J. Cassity, Esq. (9779)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
bcassity@hollandhart.com

*Attorneys for Defendant*
*MetLife Home Loans, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT NEVADA

| | |
|---|---|
| ANNE L. CHAMBERLAIN,<br><br>Plaintiff,<br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; CAPITAL ONE BANK, NATIONAL ASSOCIATION; METLIFE HOME LOANS, LLC; SPECIALIZED LOAN SERVICING, LLC; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | CASE NO.: 2:17-cv-00048-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME FOR DEFENDANT METLIFE HOME LOANS, LLC TO RESPOND TO THE COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff Anne L. Chamberlain ("Chamberlain") and Defendant MetLife Home Loans LLC ("MetLife"), by and through their undersigned attorneys, hereby stipulate and agree to extend the deadline for MetLife to respond to the Complaint (Dkt. 1) from February 6, 2017 to **March 3, 2017**. Good cause supports the request as MetLife's counsel has just been engaged and requires additional time to prepare a response to the Complaint. Moreover, the parties have been engaged in settlement discussions and the additional time will facilitate further settlement discussions.

///

///

///

Page 1

The parties enter into this stipulation in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

DATED: February 14, 2017                                    DATED: February 14, 2017

*/s/ Robert J. Cassity, Esq.*                                          */s/ David Krieger, Esq.*
Robert J. Cassity, Esq.                                                David Krieger, Esq.
HOLLAND & HART LLP                                                     HAINES & KRIEGER, LLC
9555 Hillwood Drive, 2nd Floor                                         8985 S. Eastern Avenue Ste. 350
Las Vegas, Nevada 89134                                                Las Vegas, Nevada 89123

*Attorneys for Defendant*                                              *Attorney for Plaintiff*
*MetLife Home Loans, LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: 2/15/17

Page 2