JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400N
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: bundickj@gtlaw.com
       hoguem@gtlaw.com

*Counsel for Defendant*
*Specialized Loan Servicing, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANNE L. CHAMBERLAIN,<br><br>            Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; CAPITAL ONE BANK, NATIONAL ASSOCIATION; METLIFE HOME LOANS, LLC; SPECIALIZED LOAN SERVICING, LLC; EQUIFAX INFORMATION SERVICES, LLC,<br><br>           Defendants. | Case No.: 2:17-cv-00048-GMN-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT SPECIALIZED LOAN SERVICING, LLC TO FILE RESPONSIVE PLEADING**<br><br>**[SECOND REQUEST]** |

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1

1  Defendant, Specialized Loan Servicing, LLC ("SLS"), by and through its undersigned
2  counsel of record, and Plaintiff, Anne L. Chamberlain, by and through her undersigned counsel of
3  record, hereby stipulate and agree to extend the time for SLS to file a responsive pleading to
4  Plaintiff's Complaint from March 24, 2017 to April 7, 2017.

5  Good cause supports this request as counsel for SLS has just been engaged and the parties
6  require additional time to engage in efforts at an early resolution to this dispute or allow SLS to
7  otherwise prepare a response to the Complaint.

8  **IT IS SO STIPULATED.**

9  DATED this 24th day of March, 2017.

10                                          GREENBERG TRAURIG, LLP

11                                          */s/ Michael R. Hogue, Esq.*
                                            JACOB D. BUNDICK, ESQ. (NBN: 9772)
12                                          MICHAEL R. HOGUE, ESQ. (NBN: 12400)
                                            3773 Howard Hughes Parkway, Suite 400N
13                                          Las Vegas, NV 89169
                                            *Counsel for Defendant*
14                                          *Specialized Loan Servicing, LLC*
15

16
17  DATED this 24th day of March, 2017.

18                                          HAINES & KRIEGER, LLC

19                                          */s/ David H. Krieger, Esq.*
                                            DAVID H. KRIEGER, ESQ. (NBN: 9086)
20                                          8985 S. Eastern Avenue, Suite 350
                                            Henderson, NV 89123
21                                          *Counsel for Plaintiff*
22                                          *Anne L. Chamberlain*

23

24

25  **IT IS SO ORDERED** this  27  day of March, 2017.

26

27                                          _____
                                            UNITED STATES MAGISTRATE JUDGE
28

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of March, 2017, a true and correct copy of the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT SPECIALIZED LOAN SERVICING, LLC TO FILE RESPONSIVE PLEADING** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

David H. Krieger, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
*Counsel for Plaintiff*

Robert J. Cassity, Esq.
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
*Counsel for Metlife Home Loans, LLC*

Bradley T. Austin, Esq.
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Counsel for Equifax*
*Information Services, LLC*

/s/ Sharon J. Lambie
An employee of Greenberg Traurig, LLP

Greenberg Traurig, LLP
Suite 400 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)