Robert J. Cassity, Esq.
Nevada Bar No. 9779
Erica C. Smit, Esq.
Nevada Bar No. 13959
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Tel. (702) 669-4600
Fax: (702) 669-4650
bcassity@hollandhart.com
ecsmit@hollandhart.com

*Attorneys for Defendant MetLife Home Loans, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANNE L. CHAMBERLAIN,<br><br>          Plaintiff,<br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; CAPITAL ONE BANK, NATIONAL ASSOCIATION; METLIFE HOME LOANS, LLC; SPECIALIZED LOAN SERVICING, LLC; EQUIFAX INFORMATION SERVICES, LLC,<br><br>          Defendant. | CASE NO.: 2:17-cv-00048-GMN-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Defendant METLIFE HOME LOANS, LLC ("MetLife"), and Plaintiff Anne L. Chamberlain ("Plaintiff") by and through their undersigned attorneys, hereby stipulate and agree

///
///
///
///
///
///
///
///
///

1

to the dismissal with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2), of all claims asserted by Plaintiff against MetLife in this action. Each party shall bear its own attorneys' fees and costs.

DATED: May 5, 2017                                          DATED: May 5, 2017

 _/s/ Robert J. Cassity_                                        _/s/ David H. Krieger_
Robert J. Cassity, Esq.                                        David H. Krieger, Esq.
Erica C. Smit, Esq.                                             HAINES & KRIEGER, LLC
9555 Hillwood Drive, 2nd Floor                         8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89134                                        Henderson, NV 89123

*Attorneys for Defendant MetLife Home Loans, LLC*      *Attorney for Plaintiff Anne L. Chamberlain*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: May 8, 2017

9792086_1

2